```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17983
   DAVID J JOHNSON
   CHRISTINE M JOHNSON                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3847    SSN XXX-XX-8603


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/02/07 and confirmed on 12/07/07.

   2.  The case was dismissed after confirmation, 12/05/2008.

   3.  The Debtor paid a total of $   3731.76 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| SCOTT & GOLMAN | UNSECURED | 100.00 | .00 | 22.16 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 85.00 | .00 | 18.83 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| H&R BLOCK | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 706.39 | .00 | 156.55 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 240.83 | .00 | 53.38 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUND LAKE HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 396.22 | .00 | 87.81 |
| VILLAGE OF ROUND LAKE BE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROUND LAKE BE | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 378.27 | .00 | 83.83 |

```
                  Summary of disbursements:
---------------------------------------------------------------------------
             SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
```

```
TOTAL CLMS ALLOWED            .00          .00      1906.71          .00      1906.71
PRINCIPAL PAID                .00          .00       422.56          .00       422.56
INTEREST PAID                 .00          .00          .00          .00          .00
TOTAL PAID                    .00          .00       422.56          .00       422.56
```
The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $     193.78 .

Refunds to the Debtor totaled $     115.42 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/12/09                            /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE